# EXHIBIT A

ELECTRONICALLY FILED
6/8/2017 3:08 PM
03-CV-2017-900887.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>03<br><br>Date of Filing:<br>06/08/2017   Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### DARLENE PETTIS MANAGAN v. CARVER ANDREA WHITE ET AL

**First Plaintiff:** ☐ Business ☑ Individual  **First Defendant:** ☐ Business ☑ Individual
☐ Government ☐ Other    ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

KIE004    6/8/2017 3:08:36 PM    /s/ DARREN WILLIAM KIES
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☐ NO ☑ UNDECIDED

ELECTRONICALLY FILED
6/8/2017 3:08 PM
03-CV-2017-900887.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| **DARLENE PETTIS MANAGAN,** § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | |
| **v.** | **CIVIL ACTION NO.:** <br> **CV-2017-** |

**CARVER ANDREA WHITE and OPULENT LOGISTICS LLC.; et al** Defendants **"A", "B"** and **"F"** the owner, operator and employer respectively, of the vehicle being operated by Defendant, **WHITE,** or by Defendant "B" upon the occasion made the basis of this suit; Defendant "C", the person, firm or corporation responsible for the maintenance of the vehicle which was being operated by Defendant, **WHITE,** or Defendant "B" upon the occasion made the basis of this suit; Defendant "D", the person, firm, or corporation responsible for the inspection of the vehicle which was being operated by Defendant, **WHITE,** or by Defendant "B" upon the occasion made the basis of this suit; Defendant "E", the person, firm, or corporation responsible for the state of repairs of the vehicle being operated by Defendant, **WHITE,** or by Defendant "B", on the occasion made the basis of this suit; Defendant **OPULENT LOGISTICS, LLC.** and/ or "F", the employer of **WHITE** or Defendant "B", on the occasion made the basis of this suit; Defendant "G", the Fictitious Defendant who was responsible for the supervision for Defendant, **WHITE,** or Defendant "B" on the occasion made the basis of this suit; Defendant "H", the Fictitious Defendant who was responsible for the hiring of Defendant, **WHITE,** or Defendant "B" prior to the occasion made the basis of this suit; Defendant **"I"**, the Fictitious Defendant who was responsible for the Training of Defendant, **WHITE.** Defendant "B" prior to the accident on the occasion made the basis of this suit; Defendant **"J"**, the Fictitious Defendant who negligently and/or wantonly entrusted the vehicle owned by Defendant "A" and/or **OPULENT LOGISTICS, LLC.,** or other Fictitious Defendants at time of the accident on

the occasion made the basis of this suit; §
Defendant "K", the Fictitious Defendant who §
negligently and/or wantonly retained §
Defendant, **WHITE**, and/or Defendant "B" as §
an employee and/or other Fictitious Defendants §
at the time of the accident on the occasion §
made the basis of this suit; Defendant **WHITE,** §
Defendant **OPULENT LOGISTICS, LLC.,** §
and/ or Defendant **"L"** the fictitious Defendant §
who negligently and/or wantonly violated §
various federal motor carrier safety regulation §
as well as DOT regulations; and all of those §
whose true names are otherwise unknown to §
the Plaintiff at the time but, will be added by §
Amendment when ascertained, §
§

     Defendants.

## COMPLAINT

COMES NOW, the Plaintiff, **DARLENE PETTIS MANAGAN**, and names as Defendants,

**CARVER ANDREA WHITE and OPULENT LOGISTICS, LLC.** "A", "B", "C", "D", "E",

"F", "G", "H", "I", "J", "K" **and "L"** and sets forth a cause of action for personal injuries caused

by Defendant's, **CARVER ANDREA WHITE**, operation of a tractor trailer.

## COUNT I

1.    Defendant, **CARVER ANDREA WHITE,** hereafter referred to as Defendant **WHITE** is

a resident of the State of Mississippi, residing at 214 Murdock Road, Holly Springs, Mississippi

38635.

2.    Defendant, **OPULENT LOGISTICS, LLC,** hereafter referred to as Defendant

**OPULENT LOGISTICS, LLC,** is a foreign company operating in the State of Mississippi at

214 Murdock Road, Holly Springs, Mississippi 38635.

3.    Defendants **WHITE and OPULENT LOGISTICS LLC**, "A", "B" and "F" are the

owners, operators and employers and/or the fictitious Defendants respectively, of the vehicle being operated by Defendant, **WHITE,** upon the occasion made the basis of this suit.

4.      Defendants **OPULENT LOGISTICS LLC.** and/ or "**C**" is the persons, firms, or corporations and/or fictitious Defendant responsible for the maintenance of the vehicle, which was being operated by Defendant**, WHITE,** on the occasion made the basis of this suit.

5.      Defendants **OPULENT LOGISTICS LLC, and WHITE** and/ or "**D**" are the persons, firms, or corporations responsible and/or fictitious Defendant responsible for the inspection of the vehicle, which was being operated by Defendant**, WHITE,** on the occasion made the basis of this suit.

6.      Defendants **OPULENT LOGISTICS, LLC** and/ or "**E**" are the persons, firms or corporations and/or the fictitious Defendant responsible for the state of repairs of the vehicle being operated by Defendant, **WHITE,** on the occasion made the basis of this suit.

7.      Defendants **OPULENT LOGISTICS, LLC** and/ or "**F**" are the employers and the fictitious employer of **WHITE** on the occasion made the basis of this suit.

8.      Defendants **OPULENT LOGISTICS, LLC and** "**G**" is Defendant and the Fictitious Defendant who are responsible for the supervision for Defendant, **WHITE,** on the occasion made the basis of this suit.

9.      Defendants **OPULENT LOGISTICS, LLC and** "**H**" is the Defendant and the Fictitious Defendants who are responsible for the hiring of Defendant, **WHITE,** prior to the accident on the occasion made the basis of this suit.

10.      Defendants **OPULENT LOGISTICS, LLC and** "**I**" is the Defendant and the Fictitious

Defendants who are responsible for the training of Defendant, **WHITE,** prior to the accident on the occasion made the basis of this suit.

11.     Defendants **OPULENT LOGISTICS, LLC** and "J" is the Defendant and the fictitious Defendant who negligently and/or wantonly entrusted the vehicle owned by Defendant **OPULENT LOGISTICS, LLC.** , Defendant "A" and/or "F" or other Fictitious Defendants at the time of the accident on the occasion made the basis of this suit.

12.     Defendants **OPULENT LOGISTICS, LLC and** "K" is the Defendant and fictitious Defendant who negligently and/or wantonly retained Defendant, **WHITE,** and/or Defendant "B" as an employee to operate the vehicle owned by Defendant **OPULENT LOGISTICS, LLC,** Defendant "A" and/or "F" or other fictitious Defendants at the time of the accident on the occasion made the basis of this suit.

13.     Defendants **OPULENT LOGISTICS, LLC and** "L" are the Defendants and  fictitious Defendant who negligently and/or wantonly violated the FMCSR's and/or the Alabama DOT Regulations, as well as Defendants, **WHITE** and/or **OPULENT LOGISTICS, LLC,** which lead to and/or contributed to the cause of the accident which is the basis of the above styled cause.

14.     On or about the **12th day of June, 2015** at approximately **1:05 p.m.,** North Ripley Street in the City of Montgomery, Montgomery County, Alabama, was a public roadway, running in a generally north to south direction with lanes for traffic traveling north and lanes for traffic traveling south.

15.     On the **12th day of June, 2015,** Plaintiff, **MANAGAN,** was traveling southbound on North Ripley Street attempting to turn right onto Madison Avenue.  Defendant, **WHITE,** and/or Defendant "B" was operating Defendant, **OPULENT LOGISTICS, LLC,** and/or Defendant

"A", tractor trailer, was also traveling southbound on North Ripley Street, in Montgomery County, Alabama.

16.    Plaintiff alleges that the vehicle driven by Defendant, **WHITE** and owned by Defendant **OPULENT LOGISTICS, LLC,** Defendant "A" and/or "F"'s, failed to maintain a proper lane and hit the vehicle **DARLENE PETTIS MANAGAN** occupied.

17.    Plaintiff alleges that Defendant, **WHITE**, and/or Defendant "B" drove Defendant **OPULENT LOGISTICS, LLC's,** Defendant "A" and/or "F"'s vehicle in a manner that resulted in the accident with Plaintiff **MANAGAN**.

18.    At the date and time stated above, Defendant, **WHITE,** was negligent and/or wanton in causing the accident with Plaintiff, **MANAGAN**.

19.    At the date and time stated above, as Defendant, **WHITE,** and/or Defendant "B" drove Defendant **OPULENT LOGISTICS, LLC,** Defendant **"A"** and/or **"F"'s,** vehicle in such a manner as to cause the accident with Plaintiff, **MANAGAN**, no objects or obstacles whether fixed or moving existed between the vehicle operated by Defendant, **WHITE,** and/or Defendant "B" that could have or that did prevent Defendant, **WHITE,** and/or Defendant "B" from seeing the Plaintiff, **MANAGAN**.

20.    The negligent and/or wanton acts and omissions of the Defendant, **WHITE,** and/or Defendant "B", would state they include but, are not limited to, the following:

   A.    Failure to control the vehicle owned by Defendant, **OPULENT LOGISTICS, LLC.,** Defendant **"A"** and/or **"F"** in such a manner as to prevent a collision with the vehicle which Plaintiff, **MANAGAN**, was driving;

B.    Failure to show due and proper regard for the safety of other persons on the highway, including the Plaintiff;

C.    Failure to keep a proper lookout so as to avoid a collision with the Plaintiff,

D.    Failure to follow the FMCSR's and/or Alabama DOT regulations so as to properly insure the safety of other individuals utilizing the Alabama public highways and roadways.

E.    Failure to insure his vehicle was in proper working order prior to commencing his trip for Defendant **OPULENT LOGISTICS, LLC.,** Defendant **"A"** and/or **"F".**;

F.    Failure to properly follow applicable rules of the road to insure the safety of the motoring public;

21.    The negligence and/or wantonness of Defendant, **WHITE,** and/or Defendant **"B"** were the proximate cause of the injuries sustained by the Plaintiff, **MANAGAN.**  She received injuries to her entire person.  Plaintiff, **MANAGAN** was caused to incur medical bills, physician expenses, pain and suffering and emotional distress, loss of income, loss of enjoyment in social activities and life in general.  Plaintiff, **MANAGAN,** may also incur future medical bills, physician expenses, possible future loss of income, pain and suffering and emotional distress.

WHEREFORE, Plaintiff, **MANAGAN**, demands judgment against the Defendant, **WHITE,** and/or Defendant **"B"** in compensatory and punitive damages which the jury believes would be fair and just together with the costs of this action.

## COUNT II

22.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through twenty-one (21) into paragraph twenty-two (22) of this complaint.

23.     Plaintiff re-alleges all of the allegations of paragraphs fifteen (15) through twenty-two (22) against Defendant **OPULENT LOGISTICS, LLC,** and/ or "**A**" the owner and Defendant **WHITE** and/ or "**B**" who was the operator of the vehicle which struck Plaintiff, **MANAGAN.**

## COUNT III

24.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through twenty-three (23) into paragraph twenty-four (24) of this complaint.

25.     Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC,** and/or Defendants "**A**" and/or "**C**" negligently and/or wantonly maintained the vehicle driven by Defendant, **WHITE,** and/or Defendant "**B**" and owned by Defendant, **OPULENT LOGISTICS, LLC,** and/or Defendant "**A**" in a negligent and/or wanton manner at the time of the collision with Plaintiff, **MANAGAN.**

## COUNT IV

26.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through twenty-five (25) into paragraph twenty-six (26) of this complaint.

27.     Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC.,** and/or Defendants "**A**" and/or "**D**" negligently and/or wantonly inspected the vehicle driven by Defendant, **WHITE,** and/or Defendant "**B**" and owned by Defendant **OPULENT LOGISTICS, LLC.,** and/or by Defendant "**A**", at the time of the collision with the Plaintiff, **MANAGAN.**

## COUNT V

28.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through twenty-seven (27) into paragraph twenty-eight (28) of this complaint.

29.     Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC**, and/or Defendants "A" and/or "E" negligently and/or wantonly repaired the vehicle driven by Defendant, **WHITE**, and/or Defendant **"B"** and owned by Defendant, **OPULENT LOGISTICS, LLC.**, and/or Defendant **"A"** at the time of the collision with the Plaintiff, **MANAGAN**.

## COUNT VI

30.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through twenty-nine (29) into paragraph thirty (30) of this complaint.

31.     Prior to the collision alleged in Count I, Defendant, **WHITE**, and/or Defendant "B" was acting as an agent and employee of Defendant, **OPULENT LOGISTICS, LLC,** and/or Defendants "A" and/or "F" within the line and scope of his authority for Defendant, **OPULENT LOGISTICS, LLC,** and/or Defendants "A" and/or **"F"**.

## COUNT VII

32.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through thirty-one (31) into paragraph thirty-two (32) of this complaint.

33.     Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC.,** and/or Defendants "A" and/or "G" negligently and/or wantonly supervised Defendant, **WHITE,** and/or Defendant "B" as an employee driver for Defendant, **OPULENT LOGISTICS, LLC.,** and/or

Defendant "A" during the period of time Defendant, **WHITE,** and/or Defendant "B" worked for and/or drove a vehicle for Defendant, **OPULENT LOGISTICS, LLC.,** and/or Defendant "A".

34.     The negligence and/or wantonness of Defendant, **OPULENT LOGISTICS, LLC.,** and/or Defendants "A" and/or "G" combined and concurred with others; and as a proximate cause of the concurrent and combined negligence and/or wantonness, the Plaintiff received the injuries previously stated in this complaint.

## COUNT VIII

35.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through thirty-four (34) into paragraph thirty-five (35) of this complaint.

36.     Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC.,** and/or Defendants "A" and/or "H" negligently and/or wantonly hired Defendant **WHITE,** and/or Defendant "B" as an employee driver for Defendant, **OPULENT LOGISTICS, LLC.,** and/or Defendant "A".

37.     The negligence and/or wantonness of Defendant, **OPULENT LOGISTICS, LLC.,** and/or Defendants "A" and/or "H" combined and concurred with others; and as a proximate cause of the concurrent and combined negligence and/or wantonness, the Plaintiff received the injuries previously stated in this complaint.

## COUNT IX

38.     Plaintiff incorporates by reference the allegations of paragraphs one (1) through thirty-seven (37) into paragraph thirty-eight (38) of this complaint.

39.     Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC.,**

and/or Defendants "A" and/or "I" negligently and/or wantonly trained Defendant, **WHITE,**
and/or Defendant "B" as an employee driver for Defendant, **OPULENT LOGISTICS, LLC.,**
and/or Defendant "A" prior to allowing Defendant, **WHITE,** and/or Defendant "B" to drive
and/or work for Defendant, **OPULENT LOGISTICS, LLC..**

40.      The negligence and/or wantonness of Defendants, **OPULENT LOGISTICS, LLC.,**
and/or Defendants "A" and/or "I" combined and concurred with others; and as a proximate cause
of the concurrent and combined negligence and/or wantonness, the Plaintiff received the injuries
previously stated in this complaint.

## COUNT X

41.      Plaintiff incorporates by reference the allegations of paragraphs one (1) through forty (40)
into paragraph forty-one (41) of this complaint.

42.      Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC.,**
and/or Defendants "A" and/or "J" negligently and/or wantonly entrusted to Defendant, **WHITE**
and/or to Defendant "B" the vehicle owned by Defendant, **OPULENT LOGISTICS, LLC.,**
and/or Defendant "A" which struck the Plaintiff, **MANAGAN.**

## COUNT XI

43.      Plaintiff incorporates by reference the allegations of paragraphs one (1) through forty-two
(42) into paragraph forty-three (43) of this complaint.

44.      Prior to the collision alleged in Count I, Defendant, **OPULENT LOGISTICS, LLC.** and/or
Defendants "A" and/or "K" negligently and/or wantonly retained Defendant, **WHITE,** and/or
Defendant "B" as an employee to operate the vehicle owned by Defendant, **OPULENT**

**LOGISTICS, LLC.,** and/or Defendant "A" which struck the vehicle which was being operated and occupied by Plaintiff, **MANAGAN**.

### COUNT XII

45.     Your Plaintiff incorporates paragraphs one (1) through forty-four (44) of his complaint into paragraph forty-five (45) of this complaint.

46.     On or about the **12th day of June, 2015** and prior to that date the named Defendants and/or Defendant **"L"** negligently and/or wantonly violated various Federal Motor Carrier Safety Regulations and/or Alabama Department of Transportation Regulations applicable to the hiring, training and supervision of **WHITE** as a commercial truck driver.

47.     The Defendants' negligent and/or wanton violation of the Federal Motor Carrier Safety Regulations on the part of the Defendants was the proximate cause of the injuries sustained by the Plaintiff.  Plaintiff, **MANAGAN**, received injuries to her entire person.  Plaintiff, **MANAGAN,** was caused to incur medical bills, physician expenses, pain and suffering, emotional distress, possible loss of income, loss of enjoyment in social activities, possible permanent physical impairment to her person, possible permanent vocational disability and loss of enjoyment of life in general. Plaintiff, **MANAGAN**, will also incur future medical bills, physician expenses, pain and suffering, emotional distress and future loss of income.

48.     Plaintiff, **MANAGAN,** claims compensatory and punitive damages of all Defendants due to their said negligent and/or wanton conduct as set forth in the complaint.

WHEREFORE, Plaintiff, **DARLENE PETTIS MANAGAN**, demands judgment against the Defendants **CARVER ANDREA WHITE and OPULENT LOGISTICS, LLC.;** "A", "B", "C",

"D", "E", "F", "G", "H", "I", "J", "K" **and** "L", in a sum of punitive and compensatory damages which a jury would feel is just and fair together with the costs of his action.

*s/ Darren W. Kies* [KIE004]
Darren W. Kies
Attorney for Plaintiff

**OF COUNSEL:**
**Floyd, Hunter, Kies & White, P.C.**
4761 Main Street
Millbrook, Alabama 36054
Telephone:  (334) 285-4488
Facsimile:  (334) 285-4552
Email:  dkies@floydhunter.com

SERVE DEFENDANT BY CERTIFED MAIL AT:

CARVER ANDREA WHITE
214 Murdock Road
Holly Springs, MS  38635

OPULENT LOGISTICS, LLC.
c/o CARVER A. WHITE, SR. AGENT OF SERVICE
214 Murdock Road
Holly Springs, MS  38635

ELECTRONICALLY FILED
6/8/2017 3:08 PM
03-CV-2017-900887.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

State of Alabama
Unified Judicial System
Form C-34 Rev 6/88

**SUMMONS**
**-CIVIL-**

Case Number
03-CV-2017-

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

PLAINTIFF,     DARLENE PETTIS MANAGAN

v.

DEFENDANT,     CARVER ANDREA WHITE AND OPULENT LOGISTICS, LLC., et al

NOTICE TO:     CARVER ANDREA WHITE, 214 Murdock Road, Holly Springs, MS 38635
THE COMPLAINT, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY *DARREN W. KIES* WHOSE ADDRESS IS *4761 MAIN STREET, POST OFFICE DRAWER 1227, MILLBROOK, ALABAMA 36054; (334) 285-4488.*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:
( )     You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.
(X)     Service by certified mail of this summons is initiated upon the written request of Darren W. Kies pursuant to the Alabama Rules of Civil Procedure.

Date _____     _____ By: _____
                                                          Clerk/Register

(X) Certified Mail is hereby requested.     _____
                                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:
____ Return receipt of certified mail received in this office on _____.
                                                                                    (Date)
____ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County,
Alabama on _____.
                    (Date)


_____     _____
Date     Server's Signature


_____     _____
Address of Server     Type of Process Server

ELECTRONICALLY FILED
6/8/2017 3:08 PM
03-CV-2017-900887.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

| | | |
|---|---|---|
| **State of Alabama**<br>**Unified Judicial System**<br>**Form C-34 Rev 6/88** | **SUMMONS**<br>**-CIVIL-** | **Case Number**<br>**03-CV-2017-** |

## IN THE CIRCUIT OF MONTGOMERY COUNTY, ALABAMA

**PLAINTIFF**  **DARLENE PETTIS MANAGAN,**

**v.**

**DEFENDANTS**  *CARVER ANDREA WHITE AND OPULENT LOGISTICS, LLC., ET. AL.,*

**NOTICE TO:**  **Carver A. White, Sr., as agent of service for Opulent Logistics, LLC, *214 Murdock Road, Holly Springs, MS 38635***

THE <u>COMPLAINT</u>, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY <u>*DARREN W. KIES*</u> WHOSE ADDRESS IS <u>*4761 MAIN STREET, POST OFFICE DRAWER 1227, MILLBROOK, ALABAMA 36054:*</u> <u>*(334) 285-4488.*</u>

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>**30**</u> DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

---

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

( )    You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

(X)    Service by certified mail of this summons is initiated upon the written request of Darren W. Kies pursuant to the Alabama Rules of Civil Procedure.

Date _____    _____ By: _____
Clerk/Register

( ) Certified Mail is hereby requested.    _____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**
____ Return receipt of certified mail received in this office on _____.
(Date)
____ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County,

Alabama on _____.
(Date)

_____    _____
Date                          Server's Signature

_____    _____
Address of Server             Type of Process Server

_____

ELECTRONICALLY FILED
6/8/2017 3:08 PM
03-CV-2017-900887.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| DARLENE PETTIS MANAGAN, | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CASE NO.: CV-2017-** |
| | * | |
| v. | * | |
| | * | |
| CARVER ANDREA WHITE and OPULENT | * | |
| LOGISTICS, LLC., et al, | * | |
| | * | |
| **Defendants,** | * | |

### NOTICE OF FILING OF DOCUMENTS

PLEASE TAKE NOTICE that the Plaintiff, DARLENE PETTIS MANAGAN, has served upon the Defendant, by and through her attorney of record, Darren W. Kies, the following documents.

1. Complaint

2. Summons to CARVER ANDREA WHITE.

3. Summons to OPULENT LOGISTICS, LLC.

/s/ Darren W. Kies
Darren W. Kies (KIE004)
Attorney for Plaintiff

**OF COUNSEL:**
Floyd, Hunter, Kies & White, P.C.
P.O. Drawer 1227
Millbrook, Alabama 36054
Telephone: (334) 285-4488
Facsimile: (334) 285-4552
Email: dkies@floydhunter.com

### CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing have been served upon the defendant at the time of the service of the complaint.

/s/ Darren W. Kies
Darren W. Kies (KIE004)
Of Counsel



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To: KIES DARREN WILLIAM
dkies@floydhunter.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D002 OPULENT LOGISTICS, LLC.**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



AlaFile E-Notice

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To: WHITE CARVER ANDREA (PRO SE)
214 MURDOCK ROAD
HOLLY SPRINGS, MS, 38635-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D002 OPULENT LOGISTICS, LLC.**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To: OPULENT LOGISTICS, LLC. (PRO SE)
C/O CARVER A. WHITE, SR.
214 MURDOCK ROAD
HOLLY SPRINGS, MS, 38635-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D002 OPULENT LOGISTICS, LLC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>03-CV-2017-900887.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL

**NOTICE TO:** CARVER ANDREA WHITE, 214 MURDOCK ROAD, HOLLY SPRINGS, MS 38635

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DARREN WILLIAM KIES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P.O. Drawer 1227, Millbrook, AL 36054

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DARLENE PETTIS MANAGAN pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 6/8/2017 3:08:58 PM | /s/ TIFFANY B. MCCORD | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ DARREN WILLIAM KIES

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                *(Name of County)*

Alabama on _____.

*(Date)*

*(Type of Process Server)*       *(Server's Signature)*       *(Address of Server)*

*(Server's Printed Name)*       *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>03-CV-2017-900887.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL

**NOTICE TO:** OPULENT LOGISTICS, LLC., C/O CARVER A. WHITE, SR; 214 MURDOCK ROAD, HOLLY SPRINGS, MS 38635

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DARREN WILLIAM KIES

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. Drawer 1227, Millbrook, AL 36054

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DARLENE PETTIS MANAGAN pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 6/8/2017 3:08:58 PM | /s/ TIFFANY B. MCCORD | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ DARREN WILLIAM KIES

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____

*(Date)*

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | _____ | _____ |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |


**UNITED STATES**
**POSTAL SERVICE.**

| UJS Information |
| --- |
| Case Number: 03-CV-2017-900887.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| |
| Intended Recipient: |
| |
| CARVER ANDREA WHITE  (D001) |
| 214 MURDOCK ROAD |
| HOLLY SPRINGS, MS 38635 |

Date: June 14, 2017

Circuit Clerk:

The following is in response to your June 14, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141031700036534.  The delivery record shows that this item was delivered on June 13, 2017 at 12:43 pm in HOLLY SPRINGS, MS  38635. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



## UNITED STATES POSTAL SERVICE.

---

**UJS Information**

Case Number: 03-CV-2017-900887.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

OPULENT LOGISTICS, LLC.  (D002)
C/O CARVER A. WHITE, SR.
214 MURDOCK ROAD
HOLLY SPRINGS, MS 38635

---

Date: June 14, 2017

Circuit Clerk:

The following is in response to your June 14, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141031700036541.  The delivery record shows that this item was delivered on June 13, 2017 at 12:43 pm in HOLLY SPRINGS, MS  38635. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To: KIES DARREN WILLIAM
dkies@floydhunter.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D001 WHITE CARVER ANDREA**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To:  WHITE CARVER ANDREA (PRO SE)
214 MURDOCK ROAD
HOLLY SPRINGS, MS, 38635-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D001 WHITE CARVER ANDREA**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To: OPULENT LOGISTICS, LLC. (PRO SE)
C/O CARVER A. WHITE, SR.
214 MURDOCK ROAD
HOLLY SPRINGS, MS, 38635-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D001 WHITE CARVER ANDREA**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To:  KIES DARREN WILLIAM
dkies@floydhunter.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D002 OPULENT LOGISTICS, LLC.**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To: WHITE CARVER ANDREA (PRO SE)
214 MURDOCK ROAD
HOLLY SPRINGS, MS, 38635-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D002 OPULENT LOGISTICS, LLC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2017-900887.00

Judge: GREG GRIFFIN

To:  OPULENT LOGISTICS, LLC. (PRO SE)
C/O CARVER A. WHITE, SR.
214 MURDOCK ROAD
HOLLY SPRINGS, MS, 38635-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DARLENE PETTIS MANAGAN V. CARVER ANDREA WHITE ET AL
03-CV-2017-900887.00

The following matter was served on 6/13/2017

**D002 OPULENT LOGISTICS, LLC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

TIFFANY B. MCCORD
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260