IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARLENE PETTIS MANAGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:17cv460-SRW |
| CARVER ANDREA WHITE, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the court on a motion by joint stipulation to dismiss with prejudice plaintiff's claims against all defendants and to tax costs as paid. Doc. 23 at 1. The parties have reached a settlement. *See id.* On July 24, 2017, the parties consented to the exercise of final dispositive jurisdiction over this cause by the undersigned pursuant to 28 U.S.C. § 636(c). *See* Doc. 10; Doc. 11.

Upon consideration, and for good cause, it is

ORDERED, ADJUDGED, and DECREED as follows:

(1) The parties' "Joint Stipulation of Dismissal" is construed as a joint motion to dismiss. *See* Doc. 23. The joint motion to dismiss is GRANTED.

(2) All claims asserted by plaintiff Darlene Pettis Managan are hereby DISMISSED WITH PREJUDICE. Costs are taxed as paid.

(3) The Clerk of Court is directed to close this file.

Done, on this the 16th day of July, 2018.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge